# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| NICHOLAS A. GLADU, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 2:15-cv-00384-JDL |
| CORRECT CARE SOLUTIONS, et al., | ) ) ) |
| Defendant. | ) ) |

## ORDER DENYING PLAINTIFF'S OBJECTION TO THE MAGISTRATE JUDGE'S ORDER DENYING APPOINTMENT OF COUNSEL

On October 9, 2015, Magistrate Judge Nivison denied Nicholas Gladu's Motion to Appoint Counsel. ECF No. 11. Gladu filed an objection to this denial on October 19, 2015, requesting that the court appoint counsel. ECF No. 18.

I have carefully reviewed the Magistrate Judge's Order, and concur with its analysis and conclusions. Seeing nothing in the Magistrate Judge's Order that is clearly erroneous or contrary to law, I decline to modify or set aside any part of it. Gladu's objection and request are therefore **DENIED**.

**SO ORDERED.**

Dated: October 22, 2015

                                                   /s/ Jon D. Levy
                                                 **U.S. DISTRICT JUDGE**