UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| NICHOLAS A. GLADU, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:15-cv-00384-JDL |
| | ) | |
| CORRECT CARE SOLUTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 87) with the court on February 19, 2016, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired April 15, 2016, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 87) is hereby **ADOPTED**. The defendants' Partial Motion to Dismiss (ECF No. 60) is **GRANTED** and Gladu's state law medical malpractice claim is **DISMISSED** without prejudice.

SO ORDERED.

Dated this 6th day of May 2016.

                                                             /s/ Jon D. Levy
                                              U.S. DISTRICT JUDGE