# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **NICHOLAS A. GLADU,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | **CIVIL NO. 2:15-CV-384-DBH** |
| ) | |
| **CORRECT CARE SOLUTIONS, ET AL.,** ) | |
| ) | |
| **DEFENDANTS** ) | |

## ORDER AFFIRMING RULING OF THE MAGISTRATE JUDGE

The plaintiff's objection (ECF No. 187) to the Magistrate Judge's Order on Motion to Appoint Counsel (ECF No. 174) is **OVERRULED**. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a).

**SO ORDERED.**

**DATED THIS 28TH DAY OF SEPTEMBER, 2016**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**