# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| NICHOLAS A. GLADU, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL NO. 2:15-CV-384-DBH |
| ) | |
| CORRECT CARE SOLUTIONS, ET AL., ) | |
| ) | |
| DEFENDANTS ) | |

## ORDER AFFIRMING RULING OF THE MAGISTRATE JUDGE

The plaintiff's objection (ECF No. 199) to the Magistrate Judge's Order on Motions (ECF No. 188) is **OVERRULED**. The Magistrate Judge's Order is neither clearly erroneous nor contrary to law. See Fed. R. Civ. P. 72(a).

**SO ORDERED.**

DATED THIS 24TH DAY OF OCTOBER, 2016

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**