UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

NICHOLS A. GLADU,            )
                            )
            Plaintiff,       )
                            )
      v.                     )        2:15-cv-00384-JAW
                            )
CORRECT CARE SOLUTIONS, et al., )
                            )
            Defendants.      )

**ORDER AFFIRMING THE RECOMMENDED
DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed May 31, 2017 (ECF No. 405), the Recommended Decision is accepted.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion for Temporary Restraining Order and Motion for Preliminary Injunction (ECF No. 370) be and hereby are DENIED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of June, 2017